SEARCH WARRANT RETURN (REV 01/13)

# RETURN

☒ FILED   ☐ LODGED

**JUL 06 2021**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Case No.: **21-08587MB**

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 6/23/21 | 6/23/21 1442hrs | Google Law Enforcement Request System |

**INVENTORY MADE IN THE PRESENCE OF**

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Results from Google Pending at this time

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/6/21

*Executing Officer's Signature*

Cornelius Gaines, Special Agent
*Printed Name and Title*