SEARCH WARRANT RETURN (REV 03/13)

☒ FILED  ☐ LODGED

**Aug 26 2021**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# RETURN

Case No.: **21-08587MB**

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 6/23/21 | 6/23/21 1442 hrs | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Update to prior return that was sent on 7/6/21

On 8/16/21 S.A. Gaines was notified data was available for download.

S.A. Gaines downloaded files on 8/16/21 - 8/17/21

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/26/21

Executing Officer's Signature

Cornelius Gaines, Special Agent
Printed Name and Title



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com
www.google.com

08/16/21

Special Agent Cornelius Gaines
Bureau of Alcohol, Tobacco, Firearms & Explosives
2255 West Ina Rd, Suite 301
Tucson, AZ 85741

### Re: Search Warrant dated June 23, 2021 (Google Ref. No. 6082107)
### *21-08587MB*

Dear Special Agent Gaines:

Pursuant to the Search Warrant issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *JASONJAMES1911@GMAIL.COM, BEAUJAMES32@GMAIL.COM*, as specified in the Search Warrant. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

You requested records for related Google account(s) that accepted the Terms of Service using the same IP address as the target Google account(s). After a diligent search and reasonable inquiry, we did not find any responsive records for active Google account(s) linked by creation IP address to *JASONJAMES1911@GMAIL.COM, BEAUJAMES32@GMAIL.COM* within +/-8 days of the Terms of Service acceptance date. Therefore, we do not have documents responsive to your request.

To the extent that you have requested data related to the Google Chat service, and the target account participated in a Chat Room owned and controlled by a Google Workspace customer, included in the production is information sufficient to identify (a) the Workspace customer domain that owns and controls the Chat Room and records associated with the same; (b) the Workspace-owned Chat Room in which the target account participated; and (c) the date the target account joined the Workspace-owned Chat Room.[1]

---

1   See the UserInfo zip file, where [obfuscated_customer_id] indicates if a Chat Room is owned and controlled by a Workspace customer, and the domain of the [inviter_user] identifies the Workspace customer. If you wish to obtain Chat records associated with the target account that are owned and controlled by the Workspace customer, please use the information provided in this



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

       To the extent that the Google account(s) targeted in the legal request have associated Google Pay profile(s), included in the production is the target's Google Pay Customer Info, which includes the billing instrument number in the format Visa-DEBIT-1234. If you wish to obtain the full billing instrument number associated with the target account(s), please email uslawenforcement@google.com (a) with the Google Reference Number, (b) the target account(s) for which additional records are requested, and (c) the specific request language that you believe entitles the legal process to such records. We will review your request promptly upon receiving additional information from you and provide you with any responsive information. Please note that Google does not store unmasked billing records for Google accounts without Google Pay profiles.

       For a Google Custodian of Records, we will require a subpoena and confirmation from you of the time and date of the appearance, the scope of testimony, any Google Reference Number(s) associated with the case, and the travel for the appearance at least one week in advance in order to identify, make the appropriate plans for, and prepare a custodian for trial.

       Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

       Regards,

       Lorelei Pierce
       Google Legal Investigations Support

production to either request that information directly from the Workspace customer, *see Seeking Enterprise Customer Data Held by Cloud Service Providers*, U.S. Dep't of Justice (Dec. 2017), https://www.justice.gov/criminal-ccips/file/1017511/download, or to obtain appropriate legal process that identifies the Workspace-owned Chat Room and the Workspace customer domain for those records.



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com
www.google.com

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1. I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3. Google provides Internet-based services.

4. Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *JASONJAMES1911@GMAIL.COM, BEAUJAMES32@GMAIL.COM,* with Google Ref. No. 6082107 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

5. The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6. The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Lorelei Pierce_____           Date: 08/16/21
(Signature of Records Custodian)


    Lorelei Pierce
(Name of Records Custodian)



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

### Attachment A: Hash Values for Production Files (Google Ref. No. 6082107)

beaujames32.Chats.Preserved.zip:

MD5- 8b82c156aacbf3d6a9b3966b2374affa
SHA512-
d5961ba1d9ca431d5b37fa17535f6366bcf0b704c9299ae3cc38eff2d1ba9b1edb1b2e4f1d576ce738
d65ddfcde7358b7eb5730c7d75e2448a1795c34d094154

beaujames32.Drive.Metadata.Preserved.zip:

MD5- 42c888a6d3b58d55402914ee4b2fde45
SHA512-
6ac77f429281c392c97cc61f1401ddb39d618aa6196b2710a3c2deb4e5c55157924253fe00a504761
e8f652c035cc570c00edd8e6cd63a8a6196ee26c492cbc8

beaujames32.Drive.Metadata.zip:

MD5- bbc3964bd2011463f230287c71288383
SHA512-
ad727a068d19bd1c456b1c1702738e3ee20fd616dafb77d522577391a8a44d41ce2a61357f8aef334
34cf1a2eb41c2efea13f48005bc63dc1aff9a2c739c9da0

beaujames32.Drive.zip:

MD5- 054d76556a1acc5a64fa5d431d6b16db
SHA512-
26f89f22345ff6a663109cc4fc01a4258f00f1000283e4c5f261a20fe4f03781c46d59c69923041004c
dad991ae57b1ad60cae84fd5ff532bb7f8d2b6f25609e

beaujames32.Drive_001.Preserved.zip:

MD5- 9a9ba2367e4043471860a9bf3628f811
SHA512-
e36556a36e4262b538f7384f26b5e5716d33c949430c9b8747db1bb7e7b67abe5c81c4ca2145b9b8
a911c62e4ef0a41b5ca1b5ffe30b22f41940387953a19970

beaujames32.Drive_002.Preserved.zip:

MD5- d00568c2f2acd92071426cf7dc4b8793
SHA512-
acc500653dc8f4f6b51bfb2f6c7b6bf263fe6260c7961f210f3cfb774bb04721282cc50892e9502d25
1603f2b0ac6c3a489f5be7f7976a38f5aebbfacdf87f56



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

beaujames32.Gmail.Contacts.Preserved.vcf:

MD5- ff6c09e5487fdb93208bce22058bf026
SHA512-
cbcc962b1918c28116bf538a8826e2dda950f91b9ad40190599b075458ce6e864ff4216d2e940b763
db780488fdb293cb24dd5aae660b524cd9448459a1f5a79

beaujames32.Gmail.Contacts.vcf:

MD5- afd25ad89ee4da9e6a09509c7ba5fcb9
SHA512-
0addbce11e741a4019bc1a366a85cc63fe2dd9b251535bc97a117fb31c1874fb83a0a3855be4c81d0
1c596e2b543dfd7522d51b612bbb9a8f86c85d2d5b2e55b

beaujames32.Voice.Preserved.zip:

MD5- abe43178cb6c7a23ee3d5962020346a6
SHA512-
f6dcf10d81de31bc51865d45a0c3791b624349bac77e1e2dcbab0d4668fdff16031f5082886644e1e1
bd62e014daa300eb51764387eca9ca2ac0fc2c85852bd3

beaujames32.Voice.zip:

MD5- b965b030480c334568ccb5583a0b65f8
SHA512-
762bbe35b2f51edbee1e667946ef9be268ceefb0d470eb938901f0c7eed2f70c9ed3cba54f64dfdbb6
4d47a93412ea3582d57fbfbd5c4bde0f18199af7042ce1

beaujames32@gmail.com-AccountsLinkedByCookies.txt:

MD5- af6c548ab39f7baa67d55ae2f3ad0259
SHA512-
80f8e22a8ff04e9c753f30af3fc7976ca351deb9ddeb7bc5613dd656d2a3ed2c20664784684102e214
ed6e76bfcd921d4a4524e8016dff193332d294882a5dc1

beaujames32@gmail.com.308821924933.AccountActivity.Devices_001.zip:

MD5- f6e72cc422d81d6ce5545b4908c8ead8
SHA512-
eb0cf654fc6907b90a2c0cf52f797ace114e213a0ad9a121c5bf629b21d46a369db7335666a26c57fb
e5f05bca647e6e11021c2430d4b5aca01defda2c9d6b49



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

beaujames32@gmail.com.308821924933.Calendar.Calendars_001.zip:

MD5- 6722ca4625a75459b473a80cf7c963d7
SHA512-
11c754fec6f618d0ccabdfcee916594f169b27931429e06b79672ba4fe71c32ed15963f99e2404ba37
615ceccd9c40d39a268e795f613160e307523ca753e54a

beaujames32@gmail.com.308821924933.DriveMobileBackups.Backup_001.Preserved.zip:

MD5- 37a068ebb7684d41d7a2e479dbd7e3d6
SHA512-
57eefc18b2354cb69b8d66d2bf1723ae61b9adbdd6a6e7c3a8a7ef6129f10be051554020c8a1df5af9
42a985b804861deee9cf659bd26df07477f74258f3e761

beaujames32@gmail.com.308821924933.DriveMobileBackups.Backup_001.zip:

MD5- 0b44db1b88161a341eb6c50eda740dbe
SHA512-
3965e4577263aeb0063a581e9c90910b64769843c7c577cfde1ab544c4a96cd3a1764910884b25c3
0458381a1811638d4bd32c5ea9e4b640c9ed5197d7fc500c

beaujames32@gmail.com.308821924933.GoogleAccount.SubscriberInfo_001.zip:

MD5- e9e62463db572f4ca42f16f350fd3600
SHA512-
e54baebc5c0a50bab03114dc868b3c5a2c264abd0a32f6f76fc6157ba9de15ca50163404067856e1c
580956c9f2c7e3998b353896d647c80ddcfd4c81995f0d9

beaujames32@gmail.com.308821924933.GoogleChat.GroupInfo_001.zip:

MD5- ab1b5806e2035fa5378c68a7dd305746
SHA512-
b2ca23d4f03a20182c49de9c774508858c981b87cbd1624a5564fb0493b7e87c667e38121bd7a6b7
5bfd94525b2ae56eaca155c3c597310de231701d4609cd8c

beaujames32@gmail.com.308821924933.GoogleChat.GroupTasks_001.zip:

MD5- 2d14d14723b5113022625e2c647b2730
SHA512-
89576f6f8a012d1beb11cbd0c15151ceb428210369849538bf57acbba53d320c4a4b5201edbb8284f
863c8df819266fcfa3a2459e775cf92ac42fd41da831e8a



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

beaujames32@gmail.com.308821924933.GoogleChat.Messages_001.zip:

MD5- ed337003985998bdd5343653bedf08c9
SHA512-
3a43f51af0ea67b1dafca89da9ca9bce861d8f4ca1a13d1d34357e42d9fd988b4f6389853bc05460fa
97b4db6bfcd6e6f599d9d0bf28e47b6ac3ca3af6f7b4ab

beaujames32@gmail.com.308821924933.GoogleChat.UserInfo_001.zip:

MD5- 1c35e43c41614c554c200efb29a42fcf
SHA512-
36444f1ef0011f2e99815dae7ffa10e8b68e68c68c7ff2a52606b87f1321533739524b11506f8131d8
2b0db2fb325ced40c64c7e0748ab829a370c024844d8a4

beaujames32@gmail.com.308821924933.GooglePay.CustomerInformation_001.zip:

MD5- e9e475dfd345fed33c66f21780c3f99a
SHA512-
26ba36a2e0078feaf81885aeb1c02f894bb35db8593b4cb028f12b016dc0e911300de4b1ca92a9614
2c04d8a65a048c99810b0a522c51a200b92f7d1221e5e32

beaujames32@gmail.com.308821924933.GooglePhotos.PhotoResource_001.004.zip:

MD5- 3b5c193537c1e35ad6d16867eac455b5
SHA512-
5723be4c89cd7a07e5617c2a7cbf84118d345d4ef36703278559959d6f12420796973d4eb64c574f1
b4d08a1cfab694b9aaea32bca40afc639721f2171e23604

beaujames32@gmail.com.308821924933.GooglePhotos.PhotoResource_001.Preserved.zip:

MD5- 242c2be53de4678fbd0d8fe267df6372
SHA512-
91171f42645a82449a1fcc872823d08cdf25352a4db76d093d18862efec85fbbcf57250a1c3fbb16ce
d810b37d7c15e42e892c3083cdf9ed5363658a365fcf2c

beaujames32@gmail.com.308821924933.GooglePhotos.PhotoResource_002.Preserved.zip:

MD5- 33d07be6ec668c761e63a1f8a1a74f7d
SHA512-
6540661ca2006e935fa91e6fc0e373873c647e2c64b1388535b5ac9a78c1b59bb6d08ece46ee8d744
f6bf74dfc40f13d4eb4cd47bdc8fd7c7d7e3d015e3773a2

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com



beaujames32@gmail.com.308821924933.GooglePhotos.PhotoResource_003.Preserved.zip:

MD5- 45f2ac7d682f5205876d7c563e2a93b8
SHA512-
4342f42260c52e949ac0402a11d38fb427aea4d8e1e09999ed0388f466e7f10e0b1a4422c4e5198fd4dc373a7eebb1d313a11563904ec0581e4c89a08debca1a

beaujames32@gmail.com.308821924933.GooglePhotos.PhotoResource_004.Preserved.zip:

MD5- 27e10095edc9fb82e59c4081b10658be
SHA512-
00f37118b5ace4d37f0968dcfb93b52daac2220b95694f87edc101cf88d1f0eb7454c4bc41d6ff2eab6d0413be3310e603691e7ca1c8f5e423fbfb236c071189

beaujames32@gmail.com.308821924933.Hangouts.ContentAndMetadata_001.zip:

MD5- 86cfa851a1fd936e9369103728a836f2
SHA512-
ff9b671b1959f2d7d144695fd07394096f67d6a2eae3e6a3515e7a2e1e9cc21bda96408c52bcf30761cae77200007d668bb164ffb649c122ceb771eb982527be

beaujames32@gmail.com.308821924933.Preserved_001.AccountActivity.Devices_001.zip:

MD5- 934fab05094fae77a8809dbd4549cd71
SHA512-
d0c4bb9490e0f69a38f38126307aa1390415650762f544b97d10693331e56d2de28cd554cdf2ad14d50ad356f85d517e9a031bebee26368a9965838131de9b79

beaujames32@gmail.com.308821924933.Preserved_001.Calendar.Calendars_001.zip:

MD5- 5732c7184a60404e813b9aea9c33eab8
SHA512-
8bd336adefa46b5ed8fc34b27a7a0824f1d293e15fa18d4280d7c9f768586d2b4215e616a7808bf4fa91c7989a745a9f80f837b519534cdae0871a97370707a2

beaujames32@gmail.com.308821924933.Preserved_001.GoogleAccount.SubscriberInfo_001.zip:

MD5- 818759b52a5de87658d7532935812129
SHA512-
d618bea50dc7c5b3e2a9a0e9bb199bb01a17d5d018fecbd8b31577d72702954393c472c3bf67c3905a2bbb29eb4f13b5cec3b38c82a1632170d7f72996d7233a



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com
www.google.com

beaujames32@gmail.com.3582402629968704709.AndroidDeviceConfigurationService.DeviceAndUserProfile_001.zip:

MD5- 0f27b960fc57505316e4b3f4e4cd43b2
SHA512-
90bb85beb0845ec23849dc817b4ae05f7ab4e13e37c52246ff902ee16029d278b3cd135506365b422
15f66fba667907a2b08d2c008f85a6c1d7f2866dea1a3c0

beaujames32@gmail.com.4384612010603644337.AndroidDeviceConfigurationService.DeviceAndUserProfile_001.zip:

MD5- 1d5ed4b29831e638d41a4bf3f93646e4
SHA512-
f8ffe0e7629ebe6a6303bd70ea143a959f953e8e3d4bb174541fd13cde83a7cc7d09f71c30d5ba464e
c1af3a99bbace5d945a7318493b9c66c72d888797287d9

beaujames32@gmail.com.Bookmarks.pdf:

MD5- a4d6443436db2ed160a0b1b7e40307b2
SHA512-
dec54392a68e42986b4d58d609209752696b49197b751c817370082c71230829d4afb5b667395d2
6c4dd26ae333af4b2feff89a587a0f5044b9f9c5ab0251314

beaujames32@gmail.com.Gmail.Content.Preserved.mbox:

MD5- 68b42cd2b1e51b416093706299e19bbd
SHA512-
2729c01035f02b37e0548a0ea592b79ebab7a6d0d8f2332d4b41da99eb64b8ba181c955f5832dbf73
b0f1b1ef425a6ed246e37a40d74f93bb401bca627bb789a

beaujames32@gmail.com.Gmail.Content.mbox:

MD5- 91ee8038978b2726ae5581d7adba180b
SHA512-
9bc0288df5fd170c716043e567323bcd0b085199c56e15c62264626fd298f18748b360d305d142a3
d4b425d12daf8d1696217ab25c4e3fca9e008e27c8ea6782

beaujames32@gmail.com.LinkedbySMS.pdf:

MD5- 010265fdb369ae6eaf3ba6dcec675dda
SHA512-
0a62ca96bf5e49986257e2eb5e309e5a954ffcb781790b2197316bc341d86fdc26118e8ced3eaadaea
16cd5e1b09afdfef60741787d62b4301baca56da6c5a71



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

beaujames32@gmail.com.LinkedbySecondary.pdf:

MD5- 77f39d6ab1dc3b64cafd0626054a432c
SHA512-
97ae2f7c017109792f5382acf45fa8444241470761f282f818f9847e02be5cb0673fce976d869d434b
d05c32f0dc028c2628437f60b18805a45ac21115a01764

jasonjames1911.Chats.Preserved.zip:

MD5- 0345d3768a2b9ee960a68582d93d0a15
SHA512-
256dac9c87d5277c35a638dd34b047f94103771a3061fff8fd99a0aa7fd82eb2cee88e45ed1d827b4f
f504eeb96bc4dedd29ffa41af74e247a753170790ae926

jasonjames1911.Drive.Metadata.Preserved.txt:

MD5- 28682e2ea0c0627e528afc9f57cb877c
SHA512-
a7b026a78e66da3021b4932bdf4180fe8cc4acfb42ddffe2b2287ab9e101ffb64137dbcf24c5200a81
3d6dd1687a5bd76927a7870ebe790358b629ce129363f4

jasonjames1911.Drive.Metadata.txt:

MD5- 28682e2ea0c0627e528afc9f57cb877c
SHA512-
a7b026a78e66da3021b4932bdf4180fe8cc4acfb42ddffe2b2287ab9e101ffb64137dbcf24c5200a81
3d6dd1687a5bd76927a7870ebe790358b629ce129363f4

jasonjames1911.Drive.Preserved.zip:

MD5- e7afa76713adb29b7d47035cd33c517d
SHA512-
c4c0d94ecaab68476b7168d7c5f5438a152d66d1c406963fc2f5c06edbe2871e5860bc18b22d96669
d4dc4576c50161b67388b701a923567f0a93745f5dd25c7

jasonjames1911.Drive.txt:

MD5- f580175fa3dfefc73ebde2ee31fbf036
SHA512-
8e368128f4bc198bd09a8ad32f1d715cb467aff41c8ba9b80f6c72e534064ab530949361d587fb6bff
2c6feb9b0d22fb23325f00afb376fcaab89559f45c07ce



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

jasonjames1911.Gmail.Contacts.Preserved.vcf:

MD5- 79613034c034656b8b16d7e272b314a8
SHA512-
9575d587d9b8ad655787cc52f8a9e51ed3288eb65303354f1363cc4e9d2e56fa924cf21974600074e
c0cb5a11630018f4517380a3c7e7c5cc579148c6524c23d

jasonjames1911.Gmail.Contacts.vcf:

MD5- 79613034c034656b8b16d7e272b314a8
SHA512-
9575d587d9b8ad655787cc52f8a9e51ed3288eb65303354f1363cc4e9d2e56fa924cf21974600074e
c0cb5a11630018f4517380a3c7e7c5cc579148c6524c23d

jasonjames1911@gmail.com.3582402629968704709.AndroidDeviceConfigurationService.Devic
eAndUserProfile_001.zip:

MD5- 10a0a29a4cb64ab8ff1ffcd0ca83a393
SHA512-
2813d36ce80416b987363090e694c661ea12b9a812646fd3a4f562fff697b0e5a3e76a457049a8af13
ee74cf82c59930b790514de73a57a6eeae0bb3a78d2abb

jasonjames1911@gmail.com.682821749176.AccountActivity.Devices_001.zip:

MD5- e03b698e5458780bd535f2453e1c2a92
SHA512-
ef1e6a14bb794bdaee22e2b58694d2ff26b3742e2528aa14438e68962d9bf0d3aafb8e812f2a4788d0
3a5aeb6430b7cb37f46d2193efd983a1082f3db219e96b

jasonjames1911@gmail.com.682821749176.Calendar.Calendars_001.zip:

MD5- 3819c927a9227dbf73713db795768756
SHA512-
7845da357329da7530221e2f096d768756cadc7c37dcb0bb8a340511ddded72a01acb28c3e469ef65
ee05465ba4b0618440446485088b93354e93d05499cf3e6

jasonjames1911@gmail.com.682821749176.DriveMobileBackups.Backup_001.Preserved.zip:

MD5- bbbe4eeaedc1489c5a96a67a23b64f25
SHA512-
6a2f8f3b4290401d76f52b25fc5cec592469a05f57ba76eefd9f150578617f44bd355fb208d3bb2f9df
8fd4cddfdf40aa2e1b321409070e8733eb6d9810addba



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

jasonjames1911@gmail.com.682821749176.DriveMobileBackups.Backup_001.zip:

MD5- 8e81675a78357b754254b74aec9b4ce7
SHA512-
b87d56c78b48a694f76bf50a5e4c94add3623eb00e69661fddd010be42f83cbdc4966ea8ea3dfe106f
c6c21f4081c52261a35423ec8dba4b3082b243738981c8

jasonjames1911@gmail.com.682821749176.GoogleAccount.SubscriberInfo_001.zip:

MD5- 7024666a849dbad702ee7f289a4eb5e8
SHA512-
aad6c1319880d235a0967130617bcd8becec8ac9b554c6a454249e4d314cb3fc0a3be9adb1c28cf8f
5b6ff524b8acc6bbd490e4a8cf5a94e860a23d2bd4294c8

jasonjames1911@gmail.com.682821749176.GoogleChat.GroupInfo_001.zip:

MD5- b243c548fcce163e19f8501da07da6f0
SHA512-
a12d56c774bce2e3a90f9d8d202590abc144b14a4be9d8267bd64c5ffba3da7bdfd5465b6920dc4d1
6dc665a12a28f76fd6aa9ced847f759cc07ac00208fdc8f

jasonjames1911@gmail.com.682821749176.GoogleChat.GroupTasks_001.zip:

MD5- c35cb0d9f6e51cbd6b19124252e048a5
SHA512-
9a7b44c301754d5e9ae1b560bbcacfe78676249bb873924ec23289c5728d37213cb1ea2e005851c9
8fd1691a4215e548b4326546e5c1dd139afa4ba8815b43b1

jasonjames1911@gmail.com.682821749176.GoogleChat.Messages_001.zip:

MD5- ab79a1e817e98d21fd3b77112888af7e
SHA512-
d187ffe1acb3ccf12dbfeddc66e85a37b576d6a1e40f25831fa66ba5894c36e6000dddaf98cd12f8223
377254de085a554f4611c3b74a316707c69314b182fbf

jasonjames1911@gmail.com.682821749176.GoogleChat.UserInfo_001.zip:

MD5- 3d60f54205e169e99f96b140795abf68
SHA512-
ca84a39f68e8bf3d5568f56cfbc7301cb3daeb81cbdc91fcbd4105bac7b0976c21d023824cc708a31e
bf34938680407b95b4878c4d9814dd1ab34264771464c0



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

jasonjames1911@gmail.com.682821749176.GooglePay.CustomerInformation_001.zip:

MD5- 1ecca39d0a59e2a5b573f1e70419f502
SHA512-
033bb1260036c2653d09f5b9f103c8f9e59ca990859de83a658c842a21a291300337b237488d1a77
db9f3c17957d3c1d1ab54a363a624182995a6dadab0b0796

jasonjames1911@gmail.com.682821749176.GooglePhotos.PhotoResource_001.Preserved.zip:

MD5- 709d7f027f92ae99227aad49e3bab875
SHA512-
f1174023b1825221ca65d43fe9186ab395b0d2a20e6491a487d770284d5bdc93bf071b85baa45f855
9ec1f6a6d187b869623c8041ea43ba86f81fe5fad1a262d

jasonjames1911@gmail.com.682821749176.Hangouts.ContentAndMetadata_001.zip:

MD5- 2f271b7a4c7a1a339a98757c9473716b
SHA512-
60bb60237812635153cf6cff6387b01a10e031e87adddf2b7649f0795e02b68f88edb1135939d08bd
08273cf3938ba9665450c9c94abaae7f4bd4a74270bfa53

jasonjames1911@gmail.com.682821749176.Preserved_001.AccountActivity.Devices_001.zip:

MD5- f15bc1a91e5109df2e3e75b8035cbd5f
SHA512-
a06beb55b6fd23af4fedcf29adb36afd457c0bf0a5768a8bfc22d5999f6091c88ad5fa9e810511d9b41
5c87ab59f8b5574853bf4f45d4960830799b24a59e1a6

jasonjames1911@gmail.com.682821749176.Preserved_001.Calendar.Calendars_001.zip:

MD5- 2f0fbe8a298f14d140eec0a69f5efc7c
SHA512-
9536e77a0f122598bdff6125fc512bb8b51426053a9e95f1570eb5093a0000080e0f02c59661dd71c
4d72b7d5d2a206fc0a5daedaff7488e361f5e569fb95c79

jasonjames1911@gmail.com.682821749176.Preserved_001.GoogleAccount.SubscriberInfo_001.
zip:

MD5- db88644749641b5f9a13132232f2501f
SHA512-
146ce69eb37e5153687557d9a7808f6a20b5a7069eed780773c5d0c712059ec7c0b0524c3577ea0ff
b58591a352cbfa3bff3b8d1aa5b9e90c103477eade58867



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

jasonjames1911@gmail.com.Bookmarks.pdf:

MD5- 975a45822ea70693677c40238d83d589
SHA512- a046616d552f4f2a3a291bcaab864998eeebfc87f4bfff379246729966737f25435c88d27400ff59924d30eadf1b32ac8b40ab1540500a765057f57bba3b49e6

jasonjames1911@gmail.com.Gmail.Content.Preserved.mbox:

MD5- f42f116703aaacedf7ab94741e25050c
SHA512- 6176c5e522f5709f42708629835d6c9f2656c606513ece80a7f34cc9ae4c1f572720976acb32af26db97a298a8e3db8e91ac05734ed3db33a81ebd52cd681d74

jasonjames1911@gmail.com.Gmail.Content.mbox:

MD5- 132fad4ae32c3e4ccce5d14716d45d18
SHA512- cafb1597e2c66605f6bd268cd1c46e14ffd8e30501582067a6b4dbbb645c26b3512f381322f67d12d76c4fff6eec7786334627d800b5cada39101e75293ee05b

jasonjames1911@gmail.com.LinkedbySMS.pdf:

MD5- f7b4f9ef36cfc15fa2cf64b5fe03724f
SHA512- 0eb3368809e92185a0cd09b793896987f0a5e91318375f63cab206953f1eda7a950b4624509b1ace1a1cc0f21ac166096f953fb69986844b3a82bda3937c4c96

jasonjames1911@gmail.com.LinkedbySecondary.pdf:

MD5- f2cd7de08d8e47acc6ca24d3679aa916
SHA512- 9f65f2548c238a6b86f628535f425240c2b8f5e4ef2f582914f98f669bd6da6eadcd1252e8b73b623aa64a426081752fee0dad75ac2d7aa75b0ad129dc8e4f1d